UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
Detroit Division

EVAN PETROS, Individually,   :
:
    Plaintiff,   :
:
v.   :   Case No. 2:13-cv-11745
:
AG LINING, INC.   :
A Domestic Corporation   :
:
    Defendant.   :
_____/   :

**ORDER**

THIS CAUSE came before the Court on the Defendant's Offer of Judgment [DE 15], and Plaintiff's Acceptance of Defendant's Offer of Judgment [DE 17], and the Court having reviewed the pleadings and papers submitted to it and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

  1) Judgment is granted in favor of Plaintiff; and

  2) Defendant shall make all modifications as per their Offer of Judgment [DE 15].

Plaintiff shall, in accordance with Fed. R. Civ. Pro. 14(d)(2), have fourteen (14) days to file her motion for attorney fees or such is thereby waived. .

   **SO ORDERED.**

                      s/Stephen J. Murphy, III
                      Stephen J. Murphy, III
                      United States District Judge

Dated: February 9, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 9, 2014, by electronic and/or ordinary mail.

                                                s/Carol Cohron
                                                Case Manager